Paul Eugene HANLIN *v.* STATE of Arkansas

CR 03-344                                    104 S.W.3d 744

Supreme Court of Arkansas
Opinion delivered April 17, 2003

*The Lisk Firm*, by: *Lynn D. Lisk*, for appellant.

No response.

P ER CURIAM. Appellant, Paul Eugene Hanlin, by and through his attorney, Lynn Lisk, has filed a motion for a rule on the clerk. His attorney, Lynn Lisk, states in the motion that the record was tendered late due to a mistake on his part.

We find that such an error, admittedly made by an attorney for a criminal defendant, is good cause to grant the motion. *See In Re Belated Appeals in Criminal Cases*, 265 Ark. 964 (1979) (*per curiam*).

The motion is, therefore, granted. A copy of this opinion will be forwarded to the Committee on Professional Conduct.